SHARI RUSK, Bar #170313
ATTORNEY AT LAW
1710 BROADWAY, SUITE 111
Sacramento, California 95818
Telephone: (916) 804-8656

Attorney for Defendant
Tehan Ferguson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR. S.09-172 EJG |
| ) | |
| Plaintiff, ) | |
| ) | **Stipulation to Continue** |
| v. ) | **Judgment and Sentencing &** |
| ) | **Proposed Order** |
| TEHAN FERGUSON, et. al. ) | |
| ) | Date: November 18, 2011 |
| Defendants. ) | Time: 10:00 a.m. |
| ) | Court: Hon. Edward J. Garcia |
| _____ ) | |

Defendants, Tehan Ferguson, by and through his undersigned counsel and the United States, by and through Assistant United States Attorney Kyle Reardon, hereby agree and stipulate that the judgement and sentencing previously scheduled for October 14, 2011 should be continued to November 18, 2011, and that date is available with the Court.

The reason for this request is contained in stipulations previously filed under seal. This information involves entirely separate matters from the case at hand and the ongoing investigation continues to require the government to coordinate the unrelated

matters which require substantial time to complete.  The government and its agents have been working diligently with Mr. Ferguson on this matter.  The parties agree to the following schedule:

    Informal Objections:    October 28, 2011

    Final Report:    November 4, 2011

    Sentencing Memorandum:    November 11, 2011

    Judgement & Sentencing:    November 18, 2011

Respectfully submitted,

Dated: October 11, 2011
/s/ Shari Rusk
Shari Rusk
Attorney for Defendant
Tehan Ferguson

Dated: October 11, 2011
/s/ Kyle Reardon
Kyle Reardon
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: October 12, 2011

/s/ Edward J. Garcia
Hon. Edward J. Garcia
United States District Court Judge